

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's Motion for Exemption from Local E-Filing Requirements for Limited Purposes of Moving to Extend Time to File Defendant's Notice of Appeal is hereby GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court